IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:02CR257 |
| vs. | ) | ORDER |
| ARTURO MEZA-GARCIA, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Arturo Meza-Garcia (Meza-Garcia) (Filing No. 29). Meza-Garcia seeks a continuance of the trial scheduled for June 16, 2014. Meza-Garcia's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Meza-Garcia's motion to continue trial (Filing No. 29) is granted.

2. Trial of this matter is re-scheduled for **August 4, 2014**, before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 6, 2014, and August 4, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 6th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge